PEOPLE, PLAINTIFF AND APPELLEE, v. EDWARDS, DEFENDANT AND APPELLANT.

APPEALS from the District Court of Arecibo in Prosecutions for Violations of the Civil Service Law.

Nos. 1135 and 1136.—Decided July 9, 1917.

Decided on the grounds of the opinion delivered in Case No. 1084, *People* v. *Wys, ante.*.

*Mr. Manuel F. Rossy* for the appellant.

*Mr. Salvador Mestre, fiscal,* for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

The informations in these two cases, which are almost identical with the information in the case of *People* v. *Wys,* just decided, do not state a public offense and hence the judgments must be reversed for the reasons assigned in the opinion in the said case of *People* v. *Wys.*

*Reversed.*

Chief Justice Hernández and Justice Aldrey concurred.
Justices del Toro and Hutchison dissented.